**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>                           Plaintiff,<br><br>v.<br><br>ZABRINA W. DEMPSON, in her official capacity as the Clerk of Superior Court of the District of Columbia,<br><br>                           Defendant. | Case No.: 1:24-cv-00726-JMC |

**ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT**

THIS CAUSE is before the Court on Plaintiff Courthouse News Service's Motion for Leave to Amend Complaint. Having carefully considered the record and the briefing of both parties, it is hereby **ORDERED and ADJUDGED** as follows:

1. Courthouse News Service's Motion is **GRANTED**.

2. The proposed Amended Complaint is deemed filed and is now the operative pleading in this matter. Defendants shall file their response within fourteen days.

**SO ORDERED** this \_\_\_\_ day of September, 2024.

_____
JIA M. COBB
United States District Judge