UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COURTHOUSE NEWS SERVICE,**  Plaintiff,  v.  **ZABRINA W. DEMPSON,** *et al.*,  Defendants. | Civil Action No. 1: 24-cv-00726-JMC |

**JOINT MOTION TO STAY PROCEEDINGS**

The Parties jointly move the Court to stay proceedings for 60 days to provide time so that the Parties may attempt to effect a settlement of this case. Plaintiff is presently satisfied that the substantive issues raised in this litigation have been resolved and the Parties are working toward a final agreement.

Stays are governed by equitable principles including "economy of time and effort" and the likelihood of prejudice, and trial courts have "broad discretion" to employ them in the interests of docket management. *Dellinger v. Mitchell*, 442 F.2d 782, 790 n.7 (D.C. Cir. 1971) (citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)); *see also Bledsoe v. Crowley*, 849 F.2d 639, 645 (D.C. Cir. 1988) ("The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." (quoting *Landis*, 299 U.S. at 254)).

If the Parties are able to fully resolve this matter amicably, neither they nor the Court would need to expend further efforts in litigating the matter. Thus, staying litigation in this case would support efficiency and economy of the Court's time and energy.

Accordingly, the Parties jointly request that the Court stay this case for 60 days while the

Parties work to reach a full agreement on resolution. Unless the Court directs otherwise, prior to the end of the stay, the Parties will file either a stipulation of dismissal or status report regarding the status of their efforts toward settlement.

Pursuant to LCvR 7(a), this Motion includes all supporting points of law and authority. A proposed order follows, as required by LCvR 7(c).

| | |
|---|---|
| Date: August 6, 2025. | Respectfully Submitted, |
| */s/ Patrick J. Curran Jr.* <br> **DAVIS WRIGHT TREMAINE LLP** <br> Patrick J. Curran Jr. <br> D.C. Bar # 1026302 <br> Lauren M. Harris <br> D.C. Bar # 1740251 <br> 1301 K Street NW <br> Suite 500 East <br> Washington, D.C. 20005 <br> Telephone: (202) 973-4241 <br> patcurran@dwt.com <br> laurenharris@dwt.com <br><br> -and- <br><br> */s/ Carol Jean LoCicero* <br> **THOMAS & LOCICERO PL** <br> Carol Jean LoCicero (*pro hac vice*) <br> Florida Bar # 603030 <br> Mark R. Caramanica (*pro hac vice*) <br> Florida Bar # 110581 <br> 601 South Boulevard <br> Tampa, FL 33606 <br> Telephone: (813) 984-3060 <br> clocicero@tlolawfirm.com <br> mcaramanica@tlolawfirm.com <br> jvanderhorst@tlolawfirm.com <br><br> Daniela B. Abratt-Cohen (*pro hac vice*) <br> Florida Bar # 118053 <br> 915 Middle River Drive, Suite 309 <br> Telephone: (954) 703-3418 <br> dabratt@tlolawfirm.com <br><br> *Counsel for Plaintiff* | BRIAN L. SCHWALB <br> Attorney General for the District of Columbia <br><br> CHAD COPELAND <br> Deputy Attorney General <br> Civil Litigation Division <br><br> */s/ Matthew R. Blecher* <br> MATTHEW R. BLECHER [1012957] <br> Chief, Equity Section, Civil Litigation Division <br><br> */s/ Honey Morton* <br> HONEY MORTON [1019878] <br> Assistant Chief, Equity Section <br><br> */s/ Conrad Z. Risher* <br> CONRAD Z. RISHER [1044678] <br> MARCUS D. IRELAND [90005124] <br> Assistant Attorneys General <br> Civil Litigation Division <br> 400 6th Street, NW <br> Washington, D.C. 20001 <br> Phone: (202) 417-5394 <br> Email: conrad.risher@dc.gov <br><br> *Counsel for Defendants* |