UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COURTHOUSE NEWS SERVICE,**<br><br>    Plaintiff,<br><br>    v.<br><br>**ZABRINA W. DEMPSON,** *et al.*,<br><br>    Defendants. | **Civil Action No. 1: 24-cv-00726-JMC** |

## JOINT STATUS REPORT

The Parties jointly inform the Court that they are making progress to effect a settlement of this case. Accordingly, the Parties jointly request that the Court extend the stay for another 60 days, until Tuesday, February 3, 2026, for the Parties to continue working toward a final agreement.

Unless the Court directs otherwise, prior to the end of the stay, the Parties will file either a stipulation of dismissal or a status report regarding the status of their efforts toward settlement.

| | |
|---|---|
| Date: December 5, 2025. | Respectfully Submitted, |
| */s/ Patrick J. Curran Jr.*<br>**DAVIS WRIGHT TREMAINE LLP**<br>Patrick J. Curran Jr.<br>D.C. Bar # 1026302<br>Lauren M. Harris<br>D.C. Bar # 1740251<br>1301 K Street NW<br>Suite 500 East<br>Washington, D.C. 20005<br>Telephone: (202) 973-4241<br>patcurran@dwt.com<br>laurenharris@dwt.com<br><br>-and-<br><br>*/s/ Carol Jean LoCicero*<br>**THOMAS & LOCICERO PL** | BRIAN L. SCHWALB<br>Attorney General for the District of Columbia<br><br>CHAD COPELAND<br>Deputy Attorney General<br>Civil Litigation Division<br><br>*/s/ Matthew R. Blecher*<br>MATTHEW R. BLECHER [1012957]<br>Chief, Equity Section, Civil Litigation Division<br><br>*/s/ Honey Morton*<br>HONEY MORTON [1019878]<br>Assistant Chief, Equity Section<br><br>*/s/ Conrad Z. Risher*<br>CONRAD Z. RISHER [1044678] |

<div style="display: flex;">

<div>

Carol Jean LoCicero (*pro hac vice*)
Florida Bar # 603030
Mark R. Caramanica (*pro hac vice*)
Florida Bar # 110581
601 South Boulevard
Tampa, FL 33606
Telephone: (813) 984-3060
clocicero@tlolawfirm.com
mcaramanica@tlolawfirm.com
jvanderhorst@tlolawfirm.com

Daniela B. Abratt-Cohen (*pro hac vice*)
Florida Bar # 118053
915 Middle River Drive, Suite 309
Telephone: (954) 703-3418
dabratt@tlolawfirm.com

*Counsel for Plaintiff*

</div>

<div>

MARCUS D. IRELAND [90005124]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 417-5394
Email: conrad.risher@dc.gov

*Counsel for Defendants*

</div>

</div>