UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COURTHOUSE NEWS SERVICE,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**ZABRINA W. DEMPSON,** *et al.***,**<br><br>    **Defendants.** | **Civil Action No. 1: 24-cv-00726-JMC** |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Courthouse News Service and Defendants Zabrina W. Dempson and Herbet Rouson, Jr., by and through undersigned counsel, hereby stipulate to and enter this Voluntary Dismissal with Prejudice of all claims in this action, with each party to bear its own attorneys' fees and costs.

Date:  January 20, 2026.                        Respectfully Submitted,

*/s/ Patrick J. Curran Jr.*                          BRIAN L. SCHWALB
**DAVIS WRIGHT TREMAINE LLP**          Attorney General for the District of Columbia
Patrick J. Curran Jr.
D.C. Bar # 1026302                              CHAD COPELAND
Lauren M. Harris                                Deputy Attorney General
D.C. Bar # 1740251                              Civil Litigation Division
1301 K Street NW
Suite 500 East                                  */s/ Matthew R. Blecher*
Washington, D.C. 20005                          MATTHEW R. BLECHER [1012957]
Telephone: (202) 973-4241                       Chief, Equity Section, Civil Litigation Division
patcurran@dwt.com
laurenharris@dwt.com                            */s/ Honey Morton*
                                                HONEY MORTON [1019878]
                                                Assistant Chief, Equity Section
    -and-
                                                */s/ Conrad Z. Risher*
*/s/ Carol Jean LoCicero*                         CONRAD Z. RISHER [1044678]
**THOMAS & LOCICERO PL**                        MARCUS D. IRELAND [90005124]
Carol Jean LoCicero (*pro hac vice*)            Assistant Attorneys General
Florida Bar # 603030                            Civil Litigation Division
Mark R. Caramanica (*pro hac vice*)

Florida Bar # 110581
601 South Boulevard
Tampa, FL 33606
Telephone: (813) 984-3060
clocicero@tlolawfirm.com
mcaramanica@tlolawfirm.com
jvanderhorst@tlolawfirm.com

Daniela B. Abratt-Cohen (*pro hac vice*)
Florida Bar # 118053
915 Middle River Drive, Suite 309
Telephone: (954) 703-3418
dabratt@tlolawfirm.com

*Counsel for Plaintiff*

400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 417-5394
Email: conrad.risher@dc.gov

*Counsel for Defendants*